NO. 15-D-0231-102

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| ALEXANDRA ELIZABETH CAIN | § | |
| AND | § | 102nd JUDICIAL DISTRICT |
| ELIZABETH CAIN | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| G.K.C. AND C.A.C., CHILDREN | § | BOWIE COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/24/2015 3:25:45 PM
DEBBIE AUTREY
Clerk

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Respondent, ELIZABETH CAIN, and hereby gives notice of her intent to appeal the Temporary Orders that included an Order Denying Plea in Abatement and Petition for Habeas Corpus, said appeal being for Order Denying Habeas Corpus, that was signed and filed on August 27, 2015. This appeal is taken to the Sixth Court of Appeals in Texarkana, Texas.

Respectfully Submitted,

M. Mark Lesher
State Bar No. 12225500
E-mail: mlesher@lawyerlesher.com
Laura W. McCoy
State Bar No. 24078962
E-Mail: lmccoy@lawyerlesher.com

**LESHER & McCOY**
126 W. 2nd Street
Mount Pleasant, Texas 75426
Telephone: (903) 572-2889
Facsimile: (903) 572-2893

ATTORNEYS FOR RESPONDENT

*M/M of Alexandra Elizabeth Cain*
*And Elizabeth Cain*
*Notice of Appeal*
*Page 1 of 2*

## CERTIFICATE OF SERVICE

I, M. Mark Lesher, certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on this the ___23___ day of September, 2015.

_____
M. Mark Lesher